UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:   CHAPTER 13
DENISE ELAINE CASTON-CLARK   Case No.: 24-42828-MAR
   JUDGE: MARK A RANDON

Debtor

## CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT AND SUMMARY OF TRUSTEE'S FINAL REPORT

I hereby certify that on January 13, 2025, I electronically filed the Chapter 13 Standing Trustee's Final Report and Account with the Clerk of the Court using the ECF system.

The following parties were served electronically:

GUDEMAN & ASSOCIATES
401 N. MAIN ST
ROYAL OAK, MI  48067

I also hereby certify that on January 13, 2025, the following parties were served a copy of the Chapter 13 Trustee's Final Report and Account via First Class Mail at the addresses below with the lawful amount of postage affixed thereto:

DENISE ELAINE CASTON-CLARK
104 KENSINGTON BLVD
PLEASANT RIDGE, MI  48069

Dated: January 13, 2025

/s/ Shannon Horton
Office of the Chapter 13 Standing Trustee
KRISPEN S. CARROLL
26999 Central Park Blvd Street, Suite 125N
Southfield, MI  48076
(313) 962-5035